NEW-YORK, May, 1829.

Storm v. Odell.

---

### STORM *vs.* ODELL and others.

MOTION to quash a certiorari. The plaintiff sued out a certiorari directed to the trustees of a school district in the county of Westchester, commanding them to return two certain assessment rolls and tax lists, made for the purpose of raising money to build a school house, together with the warrants issued on the same, alleging that the proceedings had not been conducted conformably to the directions of the statute. A motion was now made to quash the certiorari.

*A certiorari will not lie to the trustees of a school district to review the proceedings of the trustees, or of a district meeting.*

*J. W. Tompkins,* for trustees.

*M. Mitchell,* for plaintiff.

*By the Court,* MARCY, J. The remedy of a person conceiving himself aggrieved by a school district meeting, or by the trustees of a school district, is by appeal to the commissioners of common schools of the town in which the district is situated. (*Laws of* 1827, *ch.* 15, *tit.* 2, *s.* 110.) If the commissioners should err in their decision, a certiorari to them would probably lie. The motion is granted, with costs.